**In the Interest of J.M.K.**

**Geoffrey Edward ALLEN, Juvenile Officer, Respondent,**

v.

**T.K.C., Appellant.**

**No. WD 47596.**

Missouri Court of Appeals, Western District.

March 22, 1994.

Motion for Rehearing and/or Transfer to Supreme Court Denied May 3, 1994.

Rickey Lee Jeffries, Lexington, for appellant.

Lori Stipp, Kansas City, for respondent.

Before ULRICH, P.J., and BRECKENRIDGE and SPINDEN, JJ.

### ORDER

PER CURIAM.

T.K.C. appeals the trial court's termination of her parental rights as J.M.K.'s mother. We find sufficient evidence supporting the trial court's judgment. This ground does not implicate the constitutional issue of self-incrimination raised by T.K.C. We affirm the trial court's judgment. Rule 84.16(b).